### 1492.  STEWART v. THE STATE.

HILL, C. J.  No error of law is complained of.  The only doubtful issue-
of fact is, whether the taking of the hogs by the defendant was under-
a bona fide claim of right, or animo furandi.  This issue was clearly·
submitted by the charge, and the verdict of the jury is sufficiently sup--
ported to prevent the interference of this court.

*Judgment affirmed.*

Indictment for larceny, from Pulaski superior court—Judge:
Martin.   October 6, 1908.

Submitted December 8,—Decided December 22, 1908.

*M. H. Boyer,* for plaintiff in error.

*E. D. Graham, solicitor-general,* contra.

---

### 1505.  McNEAL v. THE STATE.

HILL, C. J.  1. The assignments of error, as to the judgment overruling the·
challenge to the array of jurors, and as to the charge of the court on
the subject of reasonable doubt, are fully controlled by the decision of⁻
this court (this day rendered) in the case of *Governor* v. *State,* ante,.
357 (63 S. E. 241.)
2. No other error of law is complained of than the two above noted, and
the verdict is amply supported by the evidence.

*Judgment affirmed.*

Accusation of carrying concealed weapon, from city court of:
Swainsboro—Judge Mitchell.   October 1, 1908.

*Saffold & Larsen,* for plaintiff in error.

*Henry R. Daniel, solicitor, Williams & Bradley,* contra.